UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 21-cv-4057 |
| ) | |
| BNSF RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

The United States of America, by authority of the Attorney General of the United States and through the undersigned attorneys, acting at the request of the Administrator of the U.S. Environmental Protection Agency ("EPA"), files this Complaint and alleges as follows:

### NATURE OF THE ACTION

1. This is a civil action against Defendant BNSF Railway Company ("BNSF") seeking civil penalties for a violation of Section 311 of the Federal Water Pollution Control Act, as amended (commonly referred to as the "Clean Water Act" and hereinafter referred to as the "CWA"), 33 U.S.C. § 1321, for discharging oil into and upon several rivers and their adjoining shorelines near Doon, Iowa. The oil discharge occurred after a train operated by BNSF traveling from Alberta, Canada to Stroud, Oklahoma derailed while carrying heavy crude oil.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this action under Section 311(b)(7)(E) and (n) of the CWA, 33 U.S.C. § 1321(b)(7)(E) and (n), and 28 U.S.C. §§ 1331, 1345, and 1355.

3. Venue is proper in the Northern District of Iowa under Section 311(b)(7)(E) of the CWA, 33 U.S.C. § 1321(b)(7)(E), and 28 U.S.C. §§ 1391(b) and 1395(a), because it is a judicial district in which BNSF conducts business and the judicial district in which the oil discharge occurred.

4. Authority to bring this action is vested in the U.S. Department of Justice under Section 506 of the CWA, 33 U.S.C. § 1366, and 28 U.S.C. §§ 516 and 519.

## DEFENDANT

5. Defendant BNSF is a Delaware corporation with headquarters located at 2650 Lou Menk Drive in Fort Worth, Texas.

6. Defendant operates a rail network that encompasses approximately 32,500 route miles of track in twenty-eight states, including Iowa, and three Canadian provinces.

## STATUTORY AND REGULATORY BACKGROUND

7. Section 311(b)(3) of the CWA, 33 U.S.C. § 1321(b)(3), prohibits the discharge of oil into or upon the navigable waters of the United States or adjoining shorelines in such quantities as the President determines may be harmful to the public health or welfare or the environment of the United States.

8. "Discharge" means "any spilling, leaking, pumping, pouring, emitting, emptying or dumping . . . ." 33 U.S.C. § 1321(a)(2).

9. "Oil" means "oil of any kind or in any form, including, but not limited to, petroleum, fuel oil, sludge, oil refuse, and oil mixed with wastes other than dredged spoil." 33 U.S.C. § 1321(a)(1).

10. Section 502(7) of the CWA, 33 U.S.C. § 1362(7), defines "navigable waters" as "the waters of the United States, including the territorial seas."

11. In turn, "waters of the United States" has been defined to include, among other things: (1) all waters which are currently used, were used in the past, or may be susceptible to use in interstate or foreign commerce; (2) tributaries to such waters; and (3) wetlands adjacent to such waters. 40 C.F.R. §§ 110.1, 122.2 (1993).

12. Section 311(b)(4) of the CWA, 33 U.S.C. § 1321(b)(4), directs the President to promulgate regulations to determine those quantities of oil that may be harmful to the public health or welfare or the environment of the United States.

13. The President delegated this authority to EPA under Executive Order No. 11735, 38 Fed. Reg. 21,243 (Aug. 7, 1973), and Executive Order No. 12777, 56 Fed. Reg. 54,757 (Oct. 18, 1991).

14. EPA has promulgated regulations to determine those quantities of oil that may be harmful to the public health or welfare or the environment of the United States, codified at 40 C.F.R. § 110.3. Under these regulations, EPA determined that such quantities include discharges of oil that: "(a) [v]iolate applicable water quality standards; or (b) [c]ause a film or sheen upon or discoloration of the surface of the water or adjoining shorelines or cause a sludge or emulsion to be deposited beneath the surface of the water or upon adjoining shorelines." 40 C.F.R. § 110.3.

15. Under Section 311(b)(7)(A) of the CWA, 33 U.S.C. § 1321(b)(7)(A), any person who is the owner, operator, or person in charge of an onshore facility from which oil is discharged in violation of Section 311(b)(3) of the CWA shall be subject to a civil penalty.

16. Section 311(a) of the CWA, 33 U.S.C. § 1321(a)(7), defines "person" to include corporations.

17. "Owner or operator" means "any person owning or operating such onshore facility . . . ." 33 U.S.C. § 1321(a)(6).

18. "Onshore facility" means "any facility (including, but not limited to, motor vehicles and rolling stock) of any kind located in, on, or under, any land within the United States, other than submerged land." 33 U.S.C. § 1321(a)(10).

19. Under Section 311(b)(7)(A) of the CWA, each violation of Section 311(b)(3) is "subject to a civil penalty in an amount up to $25,000 per day of violation or an amount up to $1,000 per barrel of oil" discharged. 33 U.S.C. § 1321(b)(7)(A). Under the Federal Civil Penalties Inflation Adjustment Act, 28 U.S.C. § 2461 note, and 40 C.F.R. § 19.4, Table 1, the civil penalty amount was raised to a maximum of $48,762 per day of violation or up to $1,951 per barrel of oil discharged for each violation occurring after November 2, 2015, where penalties are assessed on or after December 23, 2020.

## GENERAL ALLEGATIONS

A. **The Derailment Incident**

20. On June 21, 2018, the Governor of Iowa declared a State of Disaster Emergency for Lyon County because a severe storm system had caused damaging winds, heavy rains, thunderstorms, flash flooding, and flooding resulting in significant damage to public and private property.

21. The area surrounding Doon, a town in Lyon County, Iowa, had received approximately 4.5 inches of rain on June 21, 2018, causing floodwaters from the Rock River and its tributaries to cover train tracks, farm fields, and wetlands.

22. On June 22, 2018, Defendant operated a train transporting a heavy crude oil/diluent mix known as Surmont Mix A from Alberta, Canada to Stroud, Oklahoma (the "BNSF Train") by way of Lyon County.

23. The BNSF Train included two head-end locomotives, two head-end buffer cars, 98 tank cars, one rear-end buffer car, and one trailing locomotive.

24. The BNSF Train was carrying approximately 2.4 million gallons of heavy crude oil/diluent mix.

25. On June 22, 2018, at or around 4:42 am, the BNSF Train encountered submerged, washed-out tracks at milepost 165.3, approximately 1.4 miles south of Doon (the "Derailment Site").

26. Approximately 33 tank cars from the BNSF Train derailed from the tracks at the Derailment Site.

27. Of the 33 derailed tank cars, 10 breached or otherwise ruptured, causing at least 117,500 gallons of heavy crude oil/diluent mix to spill, leak, and empty from the breached railcars into the environment (the "Oil Discharge").

28. The Oil Discharge continued for approximately one week, until Defendant removed the breached tank cars from the Derailment Site.

29. Heavy crude oil/diluent mix from the breached tank cars reached Rock River, Little Rock River, and Burr Oak Creek.

**B. Navigable Waters at the Derailment Site**

30. The Little Rock River is a tributary to the Rock River.

31. The Little Rock River is a perennial river with a bed, banks, and ordinary high water mark.

32. The Little Rock River is used recreationally for boating and fishing, among other uses.

33. The Little Rock River flows approximately one-third of a mile north of the Derailment Site before emptying into the Rock River.

34. Burr Oak Creek is a tributary to the Rock River.

35. Burr Oak Creek is a perennial stream, with a bed, banks, and ordinary high water mark.

36. Burr Oak Creek is used recreationally for boating and fishing, among other uses.

37. Burr Oak Creek flows approximately three-quarters of a mile south of the Derailment Site before emptying into the Rock River.

38. Rock River is a perennial river that flows into the Big Sioux River, which empties into the Missouri River.

39. Rock River is used commercially and recreationally for boating and fishing, among other uses.

40. The Rock River's course flows approximately two-thirds of a mile west of the Derailment Site.

C. **The Oil Discharge's Impact**

41. Heavy crude oil/diluent mix released by the Oil Discharge caused an oil sheen on the Rock River, Little Rock River, and Burr Oak Creek.

42. The oil sheen on the Rock River extended up to five miles downstream of the Derailment Site.

43. As a result of the Derailment Incident and Oil Discharge, the Sioux County Sheriff's Office evacuated at least twelve people.

6

44. As a result of the Derailment Incident and Oil Discharge, the City of Rock Valley—located about five miles downstream from the Derailment Site—shut down its drinking water wells.

## CLAIM FOR RELIEF
### Civil Penalties under the CWA Section 311(b)(7)(A)

45. The allegations of the foregoing paragraphs are realleged and incorporated herein by reference.

46. Defendant is a "person" within the meaning of Section 311(a)(7) of the CWA, 33 U.S.C. § 1321(a)(7).

47. At all times relevant to this action, Defendant was the "operator" of the BNSF Train within the meaning of Section 311(a)(6) of the CWA, 33 U.S.C. § 1321(a)(6).

48. The tank cars from which oil discharged are rolling stock, and are each an "onshore facility" within the meaning of Section 311(a)(10) of the CWA, 33 U.S.C. § 1321(a)(10).

49. The heavy crude oil/diluent mix that the BNSF Train was carrying on June 22, 2018 is "oil" within the meaning of Section 311(a)(1) of the CWA, 33 U.S.C. § 1321(a)(1).

50. The heavy crude oil/diluent mix that spilled, leaked, and emptied from the BNSF Train's tank cars was "discharge[d]" within the meaning of Section 311 of the CWA, 33 U.S.C. § 1321(a)(2),(b)(3) & (7).

51. The Rock River, Little Rock River, and Burr Oak Creek are "navigable waters" within the meaning of Sections 311(b)(3) and 502(7) of the CWA, 33 U.S.C. §§ 1321(b)(3) and 1362(7), and 40 C.F.R. §§ 110.1, 122.2 (1993).

52. The heavy crude oil/diluent mix was discharged in quantities that may be harmful to the public health or welfare or the environment of the United States within the meaning of

Section 311(b)(3) of the CWA, 33 U.S.C. § 1321(b)(3), and 40 C.F.R. § 110.3, because it caused a sheen on Rock River, Little Rock River, and Burr Oak Creek.

53. Defendant violated Section 311(b)(3) of the CWA, 33 U.S.C. § 1321(b)(3).

54. Under Section 311(b)(7)(A) of the CWA, 33 U.S.C. § 1321(b)(7)(A), and 40 C.F.R. § 19.4, Table 1, Defendant is liable for a civil penalty of up to $48,762 per day of violation or up to $1,951 per barrel of oil discharged.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff, the United States of America, respectfully requests that the Court:

1. Enter a judgment against Defendant BNSF Railway Company for civil penalties in an amount up to $1,951 per barrel of oil discharged; and

2. Grant the United States such other relief as the Court deems just and proper.

Respectfully Submitted,

NATHANIEL DOUGLAS
Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice

*/s/ Genevieve Parshalle*
GENEVIEVE PARSHALLE
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
genevieve.parshalle@usdoj.gov
Telephone: (202) 514-2445

*/s/ John Broderick*
JOHN BRODERICK
Trial Attorney

Environmental Enforcement Section  
Environment and Natural Resources Division  
U.S. Department of Justice  
P.O. Box 7611  
Washington, DC 20044-7611  
john.broderick@usdoj.gov  
Telephone: (202) 305-0302

OF COUNSEL:

KASEY BARTON
Office of Regional Counsel
U.S. Environmental Protection Agency, Region 7
11201 Renner Boulevard
Lenexa, KS 66219

KELLY KACZKA BRANTNER
Office of Civil Enforcement
Water Enforcement Division
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue NW
Washington, DC 20460